

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**UNDER SEAL**

July 14, 2022

The Honorable James L. Cott
United States Magistrate Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:    **United States v. Mohsen Shojaeinia, 22 Cr. 379 (UA)**

Dear Judge Cott:

      The Government writes to respectfully request that the Court enter a limited unsealing order with respect to the above-referenced indictment and arrest warrant for Mohsen Shojaeinia. The Government requests that the indictment and warrant be unsealed for the limited purpose of providing the same to foreign and domestic law enforcement and other government authorities in connection with requests to other countries for the defendant's extradition and/or expulsion to this country. We request that the complaint and warrant otherwise remain sealed until further order of the Court. The indictment is attached hereto as Exhibit A.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney for the
      Southern District of New York

By:   /s/
      Jacob H. Gutwillig
      Assistant United States Attorney
      (212) 637-2215

SO ORDERED:

_____
HONORABLE JAMES L. COTT
UNITED STATES MAGISTRATE JUDGE