Law Offices of Ezra Spilke

1825 Foster Avenue, Suite 1K<br>
Brooklyn, New York 11230<br>
t: (718) 783-3682<br>
e: ezra@spilkelaw.com<br>
www.spilkelaw.com

June 21, 2023

**By ECF**
The Honorable Paul G. Gardephe
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

Re:   *United States v. Mohsen Shojaeinia*, No. 22 Cr. 379 (PGG)

Your Honor:

    Mr. Shojaeinia has retained counsel who has filed a notice of appearance on the docket. Accordingly, I write to request an order relieving me as Mr. Shojaeinia's assigned counsel.

Respectfully submitted,

*Ezra Spilke*

Ezra Spilke

cc:   All counsel of record, by ECF
      Mohsen Shojaeinia, by U.S.P.S.

**MEMO ENDORSED**
The Application is granted.
SO ORDERED:

*Paul S. Gardephe*
Paul G. Gardephe, U.S.D.J.
Dated:  June 26, 2023