UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MOHSEN SHOJAEINIA,

                Defendant.

**ORDER**

22 Cr. 379 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      The conference currently scheduled for June 29, 2023 is adjourned to **August 28, 2023 at 2:00 p.m.**

      Upon the application of the United States of America, by and through Damian Williams, United States Attorney, Assistant United States Attorneys Jacob Gutwillig and Jonathan Bodansky, of counsel, and with the consent of the defendant, it is ORDERED that the time between June 28, 2023 and August 28, 2023 is hereby excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because it will permit defense counsel an opportunity to receive and review discovery, and afford the parties time to engage in discussions concerning a possible disposition of this matter.

Dated: New York, New York
       June 28, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge