UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MOHSEN SHOJAEINIA,

                    Defendant.

**ORDER**

22 Cr. 379 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for August 28, 2023 is adjourned to

**October 2, 2023 at 3:00 p.m.**

Upon the application of the United States of America, by and through

Damian Williams, United States Attorney, Assistant United States Attorneys Jacob

Gutwillig and Jonathan Bodansky, of counsel, and with the consent of the defendant, it is

ORDERED that the time between August 25, 2023 and October 2, 2023 is hereby

excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h) (7)

(A).  The Court finds that the granting of such a continuance serves the ends of justice

and outweighs the best interests of the public and the defendant in a speedy trial, because

it will permit defense counsel an opportunity to receive and review discovery, and afford

the parties time to engage in discussions concerning a possible disposition of this matter.

Dated: New York, New York
       August 25, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge