UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

MOHSEN SHOJAEINIA,

Defendant.

**ORDER**

22 Cr. 379 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference previously scheduled for December 6, 2023, is adjourned to **January 12, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of the United States of America, by and through Assistant United States Attorney Jacob Gutwillig, and with the consent of Defendant (Dkt. No. 24), it is further ordered that the time between December 6, 2023 and January 12, 2024 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the pub ic and the Defendant in a speedy trial, because it will allow the parties to continue discussions regarding a potential pretrial resolution of this matter.

Dated: New York, New York
December 4, 2023

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge