UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>- v. -<br><br>MOHSEN SHOJAEINIA,<br><br>Defendant. | **ORDER**<br><br>22 Cr. 379 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

The conference previously scheduled for March 27, 2024, is adjourned to **April 17, 2024, at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Upon the application of Defendant, by and through Defendant's counsel, Lance Lazzaro (Dkt. No. 26), and with the consent of the Government, by and through Assistant United States Attorney Jonathan Bodansky, it is further ordered that the time between March 27, 2024 and April 17, 2024 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and Defendant in a speedy trial, because it will allow the parties to continue discussions regarding a potential pretrial disposition of this matter.

Dated: New York, New York
March 26, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge