UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────

UNITED STATES OF AMERICA,

- v. -

MOHSEN SHOJAEINIA,

                Defendant.

**ORDER**

22 Cr. 379 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference previously scheduled for April 17, 2024, is adjourned to **May 1, 2024 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

        Upon the application of Defendant, by and through Defendant's counsel, Lance Lazzaro (Dkt. No. 29), it is further ordered that the time between April 17, 2024 and May 1, 2024 is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice. The Court finds that the granting of this continuance serves the ends of justice and outweighs the best interests of the public and Defendant in a speedy trial, because it will allow the parties to continue discussions regarding a potential pretrial disposition of this matter.

Dated: New York, New York
       April 16, 2024

                              SO ORDERED.

                              _____
                              Paul G. Gardephe
                              United States District Judge