## LAW OFFICES
## LAZZARO LAW FIRM, P.C.
360 COURT STREET
SUITE 3
BROOKLYN, NEW YORK 11231

TELEPHONE: (718) 488-1900
TELECOPIER: (718) 488-1927
EMAIL:LAZZAROLAW@AOL.COM

LANCE LAZZARO
RANDALL LAZZARO *

JAMES KILDUFF *
JAMES KIRSHNER

ROGER GREENBERG

\* ADMITTED IN NY & NJ

**MEMO ENDROSED:** The application is denied.

SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

Date: April 30, 2024

April 26, 2024

**via ECF**

Honorable Paul G. Gardephe
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

RE: **United States v. Mohsen Shojaeinia**
    **Case No.: 22-CR-00379-PGG**

Dear Judge Gardephe:

    As you are aware, I represent Mr. Mohsen Shojaeinia with regards to the above referenced case which is scheduled for a court appearance before your Honor on Wednesday, May 1, 2024. At this time, I would like to request a two-week adjournment of this upcoming appearance. I have been in contact with AUSA Jonathan Bodansky and he has no objection to this request. This is the Defense's fourth request for an adjournment. Additionally, we have consented to an exclusion of time and my client has no objections to this request.

Very truly yours,

LAZZARO LAW FIRM, P.C.

BY: *[signature]*
LANCE LAZZARO

CC: AUSA Jonathan Bodansky via ECF