# A&O SHEARMAN

VIA ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Allen Overy Shearman Sterling US LLP
599 Lexington Ave
New York, NY 10022

Tel          +1 212 610 6300
Fax          +1 212 610 6399
Direct line  +1 212 756 1126
elizabeth.sullivan@aoshearman.com

September 20, 2024

Re: *United States v. Shojaeinia*, 22-cr-379

Dear Judge Gardephe,

I represent Mohsen Shojaeinia in the above-captioned matter. I am writing to respectfully request an extension of today's filing deadline for Mr. Shojaeinia's sentencing memorandum, until Monday, September 23, 2024. This request is due to a need to further consult with Mr. Shojaeinia prior to the sentencing memorandum's submission to the Court.

The government consents to this request.

Accordingly, I respectfully request that the filing deadline for Mr. Shojaeinia's sentencing memorandum be extended until September 23, 2024.

MEMO ENDORSED

The Application is **granted**.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated: September 20, 2024

Respectfully submitted,

A&O SHEARMAN

By: */s/ Elizabeth Sullivan*
Elizabeth Sullivan
599 Lexington Ave.
New York, NY 10022

Allen Overy Shearman Sterling US LLP is a limited liability partnership organized under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763 and with its registered office at One Bishops Square, London E1 6AD. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications. A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.

Allen Overy Shearman Sterling US LLP is an affiliate of Allen Overy Shearman Sterling LLP. Allen Overy Shearman Sterling LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Austin, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dallas, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Houston, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Riyadh, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Toronto, Warsaw, Washington, D.C.

elizabeth.sullivan@aoshearman.com

*Attorney for Defendant Mohsen Shojaeinia*

CC:
    AUSA Jonathan Bodansky (jonathan.bodansky@usdoj.gov)
    AUSA Jacob Gutwillig (jacob.gutwillig@usdoj.gov)