**A&O SHEARMAN**

VIA ECF

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
Room 705
40 Foley Square
New York, NY 10007

Allen Overy Shearman Sterling US LLP
599 Lexington Ave
New York, NY 10022

Direct       +1 212 610 6326
Mobile       +1 646 831 9566
David.Esseks@aoshearman.com

**MEMO ENDORSED**: The application is granted. Defendant's sentencing is adjourned to **October 31, 2024 at 3:00 p.m.**
SO ORDERED.

*[signature]*

Paul G. Gardephe
United States District Judge

Date: October 16, 2024

October 16, 2024

**Re:** *United States v. Shojaeinia*, 22-Cr-379 (PGG)

Dear Judge Gardephe:

  We represent Mohsen Shojaeinia in the above-captioned matter. We are writing to respectfully request a two-week postponement of Mr. Shojaeinia's sentencing that is currently scheduled for Thursday, October 17, 2024 at 3:00pm. The Government takes no position. This is Mr. Shojaeinia's first request for an adjournment of sentencing.

  In preparation for sentencing and in response to the Court's order dated October 3, 2024 (ECF 50), we sought to review certain discovery materials that we understand were provided by the Government to Mr. Shojaeinia's prior counsel in October 2023 and that we believe may contain device imaging data that may be relevant to Mr. Shojaeinia's sentencing. However, there is a technical issue with accessing this data that prevents our viewing of it. We have been working with the Government to find a workaround to address the technical issue, but we expect it may take several more days to resolve. An adjournment of two weeks would allow for a resolution of the data issue and reasonable time for us to review the data in preparation for sentencing.

  Accordingly, we respectfully request that the sentencing of Mr. Shojaeinia be postponed until October 31, 2024, or any time thereafter that is convenient for the Court.

Respectfully submitted,
/s/ David C. Esseks
David Esseks
*Counsel for the Defendant*

Allen Overy Shearman Sterling US LLP is a limited liability partnership organized under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763 and with its registered office at One Bishops Square, London E1 6AD. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323). The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications. A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.

Allen Overy Shearman Sterling US LLP is an affiliate of Allen Overy Shearman Sterling LLP. Allen Overy Shearman Sterling LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Austin, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dallas, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Houston, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Milan, Munich, New York, Paris, Perth, Prague, Riyadh, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Toronto, Warsaw, Washington, D.C.