UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

MOHSEN SHOJAEINIA,

               Defendant.

**ORDER**

22 Cr. 379 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Sentencing in this matter is currently scheduled for December 12, 2024, at 2:00 p.m. The Defendant's sentencing is hereby adjourned to **December 13, 2024, at 2:00 p.m.**

Dated: New York, New York
       December 5, 2024

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge